| Weinberger v Ullmann |
|:---:|
| 2026 NY Slip Op 30634(U) |
| February 19, 2026 |
| Supreme Court, New York County |
| Docket Number: Index No. 653420/2025 |
| Judge: Judy H. Kim |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:     **HON. JUDY H. KIM**

*Justice*

PART     04

-------------------------------------------------------------------------------X

ORIEL WEINBERGER,

Plaintiff,

- v -

OVIDIU-FRANCISC ULLMANN,

Defendant.

-------------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 653420/2025 |
| MOTION DATE | 06/11/2025 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 11, 12, 13, 14, 15 were read on this motion to/for        CONFIRM/DISAPPROVE AWARD/REPORT        .

Upon the foregoing documents, the petition is granted in part. Petitioner brings this special proceeding to confirm the April 28, 2025 award of the Arbitration Tribunals of the Diamond Dealers Club, Inc. (the "Award"), which stated, in pertinent part, that:

> Oriel Weinberger is the rightful owner of the following Items given on Memo to Mr. Ovidiu Francisc Ullmann, dated December 11, 2019 with Malea Amit S.A. Contract Number 330295, that was signed for by Mr. Ovidiu-Fransic Ullman on December 11, 2019.
>
> 1. A 5.2 carat Fancy Blue-Grey Marquise Diamond with GIA Report #5202027280
> 2. A 48.66 carat Blue Heart shaped Sapphire with Gubelin Gemological Report #18120120 3. A 11.96 carat Burman Oval Ruby with AGL Laboratories Report #1099427
> 4. A 1 carat Fancy Pink Pear shaped diamond with GIA Report #2205093775
> 5. A 1.1 carat Pink Diamond with GIA Report #12763761
>
> The Items must be returned by May 29, 2025.  In addition, in the event that additional fees or expenses associated with enforcing this Decision are incurred, Ovidiu-Francisc Ullman will be liable for those fees and expenses.

(NYSCEF Doc No, 2, Award).

653420/2025   WEINBERGER, ORIEL vs. ULLMANN, OVIDIU-FRANCISC
Motion No. 001

Page 1 of 4

1 of 4

CPLR 7510 directs that a court "shall confirm an award upon application of a party made within one year after its delivery to them, unless the award is vacated or modified upon a ground specified in section 7511" (CPLR 7510). As this application was timely made and the award has not been vacated or modified, the Award is confirmed to the extent that it recognizes petitioner's ownership of the subject diamonds and precious stones and directs respondent to return them to petitioner as directed below.

The Court, however, declines to confirm that portion of the Award granting petitioner's attorneys' fees. While the Award states that petitioner is "entitled to a Judgment against the other party or parties against whom the Award was rendered for legal expenses in a sum equal to 15% of the Award confirmed, or $1,500.00, whichever sum in greater," such fees cannot be awarded "absent provision therefor in a statute or the agreement to arbitrate or a request therefor in the arbitration by the parties (*Emery Roth & Sons, P.C. v M & B Oxford 41, Inc.*, 298 AD2d 320, 321 [1st Dept 2002]). None of these categories apply here. The arbitration provision relied upon by petitioner does not contemplate such an award (NYSEF Doc No. 3, invoice). Accordingly, as there is no evidence that the award of attorneys' fees was within the scope of the arbitrators' powers (*see CBA Indus., Inc. v Circulation Mgt., Inc.*, 179 AD2d 615, 616 [2d Dept 1992] [internal citations omitted]), the Court declines to award such fees.

Accordingly, it is

**ORDERED** and **ADJUDGED** that the petition to confirm the arbitration award of the Arbitration Tribunal of the Diamond Dealers Club, Inc. dated April 28, 2025, is granted to the extent that it is

**ORDERED** and **ADJUDGED** that Respondent Ovidiu-Francisc Ullmann shall immediately deliver and return to Petitioner Oriel Weinberger:

**653420/2025   WEINBERGER, ORIEL vs. ULLMANN, OVIDIU-FRANCISC**
**Motion No.  001**

**Page 2 of 4**

2 of 4

[* 2]

i.      The 5.20 carat Polished Diamond, Marquise Shaped, Blue Gray color, VS2 clarity and as more particularly described in Gemological Institute of America Grading Report # 5202027280.

ii.     The 48.66 carat Blue color Heart-Shaped Saphire and as more particularly described in Swiss Gemological Institute SSEF Grading Report # 103841 and in Gubelin GemLab Grading Report # 18120120.

iii.    The 11.98 carat Burma Oval Ruby and as more particularly described in American Gemological Laboratories ("AGL) grading Report # 1099427

iv.    The 1 carat Pink Pear-shaped diamond, VS1 clarity, and as more particularly described in GIA Grading Report # 2205093775

v.     The 1.11 carat Pear-Shaped diamond, and as more particularly described in GIA Grading Report # 12763761; and it is further

**ORDERED** that respondent Ovidiu Francisc Ullmann is directed to return possession and control of these diamonds and precious stones to petitioner within ten (10) days of petitioner's service of this decision, order, and judgment upon respondent; and it is further

**ORDERED** that the petition is otherwise denied; and it is further

**ORDERED** that petitioner shall serve a copy of this decision, order, and judgment, with notice of entry, on respondent and the Clerk of the Court within five days of the date of this decision, order, and judgment; and it is further

**ORDERED** that service upon the Clerk shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website); and it is further

653420/2025   WEINBERGER, ORIEL vs. ULLMANN, OVIDIU-FRANCISC
Motion No. 001

Page 3 of 4

3 of 4

[* 3]

**ORDERED** that the Clerk is directed to enter judgment accordingly.

This constitutes the decision, order, and judgment of the Court.

| 2/19/2026 | | HON. JUDY H. KIM, J.S.C. |
|-----------|--|----------------------------|
| **DATE** | | |

| CHECK ONE: | | CASE DISPOSED | | X | NON-FINAL DISPOSITION | | |
|------------|--|---------------|--|---|----------------------|--|--|
| | | GRANTED | DENIED | X | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | | REFERENCE |

[* 4]

4 of 4